Copyrights-In-Suit for IP Address 65.26.216.81

**ISP:** Road Runner
**Location:** Milwaukee, WI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Angel Afternoon Delight | PA0001776835 | 02/20/2012 | 02/21/2012 | 04/04/2013 |
| Anneli Dream Girl | PA0001769489 | 12/19/2011 | 01/04/2012 | 05/31/2013 |
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 04/07/2013 |
| Formidable Beauty | PA0001814785 | 11/17/2012 | 11/19/2012 | 03/18/2013 |
| Happy Birthday Capri | PENDING | 05/24/2013 | 06/17/2013 | 05/31/2013 |
| Hayden Pink and Tight | PA0001776805 | 04/04/2011 | 02/21/2012 | 06/01/2013 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 01/30/2013 |
| I Love X Art | PA0001833296 | 03/29/2013 | 04/01/2013 | 04/10/2013 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 01/30/2013 |
| Late for Work | PA0001833360 | 03/15/2013 | 04/12/2013 | 03/16/2013 |
| Red Satin | PA0001828892 | 03/06/2013 | 03/12/2013 | 03/15/2013 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 04/21/2013 |
| The Ultimate Blowjob | PA0001776806 | 04/22/2011 | 02/21/2012 | 06/01/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 03/18/2013 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 03/18/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 15**

EXHIBIT B